IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID V. CRISS                                                                                                    PLAINTIFF

      v.                                    Civil No. 3:23-cv-02138-MEF

MICHELLE KING, Acting Commissioner,
Social Security Administration[1]                                                              DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Acting Commissioner of the Social Security Administration regarding Plaintiff's application for a period of disability and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows:

For the reasons announced by the Court on the record on January 28, 2025, the Court finds that the decision of the Acting Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this day of January 28, 2025.

                                                                          /s/ *Mark E. Ford*
                                                                          HON. MARK E. FORD
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Michelle King was named Acting Commissioner of Social Security on January 20, 2025, and in her official capacity is substituted as defendant. *See* Fed. R. Civ. P. 25(d).